UNITED STATES DISTRICT COURT
Southern DISTRICT OF FLORIDA

New CASE: 42 USC 1983

Charlton Edward LaChase,
Plaintiff,

VS.

St Lucie County Jail,
Defendant.

FILED BY _____ D.C.
JUL - 9 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

c.t/div 550
Case # _____
Judge _____ Mag Reid
Motn trp _____ 12 Fee pd $ 10
Receipt # _____

## Motion to New Case of 42 USC 1983, Civil Rights

Charlton Edward LaChase who is Deaf and mute. He is currently incaracted at Federal Detention Center in miami, FL. He were at St Lucie County Jail between May 24, 2019 to September 2019 and february 4 2018 to March 11, 2018. He filed a grievance about a Video Relay Service (VRS) for the Deaf Videophone with Sign language to Communicate to Deaf friend, family, legal and also relay Service Interpreter while Call to hearing person. The LT named O'brien who responsibility ADA Coordinator. He Said still working on VRS be on Global Link Device Since 2018. He did Not get a VRS Device named "Secure Vrs" company by Purple Communication. St Lucie County Jail failed to install a VRS in a long time. I Done exhausted all grievance with appeal on kisok Computer. It does not have a

Print to get a grievance. St. Lucie County Jail has least 2 Deaf inmates last 2019 was 4 Deaf inmates. St Lucie County Jail never provided a VRS over 1 years, LT promised to get VRS soon, He didn't taking Action.

Relief Requested

I am requesting that the Court delievers Justice by require the St Lucie County Jail to pay penalities of monetary amount for irreparable emotion. St Lucie County Jail Violated the ADA for not installed a VRS in Jail. I am seeking $ one million dollar in puntive damage and compestion Damage. St Lucie County Jail must immediately installing a VRS named "SecureVRS" Device by Purple Communication Company. In the Future, Deaf who comes in Jail, she or He needs to communication thru VRS instead of old TTD/TTY.

I ask a Court to grant this Motion New 42 USC 1983 for Discrimination and Violation in ADA federal Law. Please Process on New Case this motion

Clerk, 7/6/20

I just file New Case 42 USC 1983 - please give me Case # for Charlton LaChase v. St Lucie county Jail

St Lucie County Jail address in Fort Pierce FL.

I think 900 Rock Road Ft Pierce FL 349** 

I need Wavier Fee Form for New Case

✻ Copy Dockets Civil Case all Case if already update on US Courthouse database.

Thank you so much

Charlton LaChase

Charlton LaChase #17080104
FDC Miami
PO Box 19120
Miami FL 33101

Special Mail

US Courthouse
400 North Miami Ave
Room 8N09
Miami FL 33128

Special Mail

USMS INSPECTED

RECEIVED JUL 09 2020