**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 2:20-cv-14233-KMM

CHARLTON EDWARD LACHASE,

     Plaintiff,

v.

ST. LUCIE COUNTY JAIL,

     Defendant.

                                                        /

**ORDER ON REPORT AND RECOMMENDATION**

THIS CAUSE came before the Court upon Plaintiff Charlton Edward LaChase's *pro se* Complaint bringing claims pursuant to 42 U.S.C. § 1983. ("Compl.") (ECF No. 1). The matter was referred to the Honorable Lisette M. Reid, United States Magistrate Judge, who issued a Report and Recommendation recommending that Plaintiff's Complaint be DISMISSED WITHOUT PREJUDICE. ("R&R") (ECF No. 17). Plaintiff did not file objections and the time to do so has passed. The matter is now ripe for review. As set forth below, the Court ADOPTS the R&R.

The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

As set forth in the R&R, Magistrate Judge Reid finds that the Complaint should be dismissed for failure to prosecute and for failure to comply with the Court's Order. R&R at 3. Specifically, Magistrate Judge Reid explains that (1) Plaintiff's Complaint is a deficient shotgun pleading and (2) Plaintiff failed to file an amended complaint by August 31, 2020 as ordered by the Court. *See id.* at 2; *see also* Order to Amend Compl. (ECF No. 13). Additionally, Plaintiff was cautioned that failure to timely amend his complaint would result in dismissal. *Id.*

Accordingly, Magistrate Judge Reid recommends that the Court dismiss Plaintiff's Complaint pursuant to its "inherent authority to manage its own docket." *See id.* at 2, 4; *see also Equity Lifestyle Props., Inc. v. Fla. Mowing & Landscape Serv., Inc.*, 556 F.3d 1232, 1240 (11th Cir. 2009). This Court agrees.

Accordingly, UPON CONSIDERATION of the Complaint, the R&R, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that the R&R (ECF No. 17) is ADOPTED. It is FURTHER ORDERED that:

1. Plaintiff Charlton Edward LaChase's Complaint (ECF No. 1) is DISMISSED WITHOUT PREJUDICE for failure to prosecute and failure to comply with the Court's Order to Amend Complaint (ECF No. 13);

2. The Court's order granting petitioner *in forma pauperis* status and establishing a debt (ECF No. 11) is VACATED;

3. The Clerk of Court is instructed to CLOSE this case; and

4. All pending motions, if any, are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 15th day of February, 2021.

K. MICHAEL MOORE
CHIEF UNITED STATES DISTRICT JUDGE

cc: Charlton Edward LaChase
    17080104
    Miami Federal Detention Center
    Inmate Mail/Parcels
    Post Office Box 019120
    Miami, FL 33101
    PRO SE